# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 2:09-cv-01755-PMP-GWF |
| vs. | ) **ORDER** |
| DIVERSIFIED FLOORING SPECIALISTS, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

This matter is before the Court on the Court's Order #38 granting Becky A. Pintar, Esq. and the law firm of Gibbs, Giden, Locher, Turner & Senet, LLC's Motion to Withdraw. The Court directed Becky A. Pintar to provide the Clerk of the Court and Plaintiffs' counsel with the last known address, phone number and email address for Defendants Diversified Flooring Specialists, Inc., Charlene Pena and Juan Pena by June 21, 2010. To date, Becky A. Pintar has failed to comply. Accordingly,

**IT IS ORDERED** that Becky A. Pintar provide the Clerk of the Court and Plaintiffs' counsel with the last known address, phone number and email address for Defendants Diversified Flooring Specialists, Inc., Charlene Pena and Juan Pena by **July 30, 2010**.

**IT IS FURTHER ORDERED** that Becky Pintar provide the Clerk of Court proof of service of the Court's Order #38.

DATED this 23rd day of July, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge