UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

EMPLOYEE PAINTERS TRUST )
HEALTH & WELFARE FUND, et al., )
) 2:09-CV-01755-PMP-GWF
)
Plaintiffs, )
)
vs. ) **ORDER**
)
DIVERSIFIED FLOORING )
SPECIALIST, INC. et al., )
)
)
Defendants. )
)

On February 28, 2011, Plaintiffs filed a Motion for Summary Judgment Against Defendants Diversified Flooring Specialists, Inc., Charlene Pena, and America Contractors Indemnity Company (Doc. #55). As noted in Plaintiffs' Notice of Non-Opposition (Doc. #67) filed April 29, 2011, Defendants have failed to file a response in opposition to Plaintiffs' Motion, and therefore consent to its granting in accord with Local Rule 7-2(d). Moreover, a review of Plaintiffs' motion shows that Plaintiffs are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED that** Plaintiffs' Motion for Summary Judgment Against Defendants Diversified Flooring Specialists, Inc., Charlene Pena, and America Contractors Indemnity Company (Doc. #55) is **GRANTED**, and the Clerk of Court shall forthwith enter judgment in favor of Plaintiffs and against Defendants.

DATED: May 2, 2011.

_____
PHILIP M. PRO
United States District Judge