1

2  **CHRISTENSEN JAMES & MARTIN**
   KEVIN B. CHRISTENSEN, ESQ.
3  Nevada Bar No. 000175
   SARA D. COPE, ESQ.
4  Nevada Bar No. 10329
   7440 W. Sahara Ave.
5  Las Vegas, NV 89117
   Tel.: (702) 255-1718
6  Facsimile: (702) 255-0871
   *Attorneys for Plaintiffs*

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF NEVADA**

9
   EMPLOYEE PAINTERS TRUST HEALTH &          Case No.: 2:09-CV-01755-PMP-GWF
10 WELFARE FUND, by and through its designated
   fiduciary, Todd Koch; FLOORCOVERERS JOINT
11 COMMITTEE; FLOORCOVERERS
   APPRENTICE TRAINING TRUST FUND;
12 PAINTERS ORGANIZING FUND; AND
   PAINTERS LABOR-MANAGEMENT
13 COOPERATION INITIATIVE, by and through its
   designated fiduciary John Smirk,
14
                Plaintiffs,
15
   v.
16
   DIVERSIFIED FLOORING SPECIALISTS, INC.,
17 a Nevada close corporation; CHARLENE PENA,
   an individual; JUAN PENA, an individual;       Date: N/A
18 AMERICAN CONTRACTORS INDEMNITY
   CO., a Foreign Corporation; CAPITOL            Time: N/A
19 INDEMNITY CORPORATION, a corporation
   qualified to act as surety in the state of Nevada;
20 John Does I-XX, inclusive, and Roe Entities I-XX,
   inclusive,
21
22              Defendants.

23                      **JUDGMENT**

24      Having considered the Plaintiffs' Motion for Summary Judgment Against Defendants

25 Diversified Flooring Specialists, Inc.; Charlene Pena; and American Contractors Indemnity Co.

26 [Doc. No. 55] ("Motion for Summary Judgment"), and the Errata thereto, together with the

27 Points and Authorities, Exhibits and Declarations submitted therewith, and for Good Cause

28 Appearing therefor,

*(left margin, vertical text)* CHRISTENSEN JAMES & MARTIN  7440 W. SAHARA AVE., LAS VEGAS, NEVADA 89117  PH: (702) 255-1718 § FAX: (702) 255-0871

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2    Plaintiffs' Motion for Summary Judgment is granted as to Diversified Flooring

3    Specialists, Inc. ("DFSI") and Charlene Pena ("C Pena").

4    Judgment is hereby entered in favor the Plaintiffs and against DFSI and C Pena, jointly

5    and severally, in the total sum of Fifty Thousand Twelve and 29/100 Dollars ($50,012.29)[1]

6    ("Judgment Amount").

7    The Judgment Amount shall bear interest at the rate of 12% per annum until paid

8    in full and shall be increased by the amount of any attorney's fees and costs incurred by the

9    Plaintiffs for collection of the Judgment Amount.

10    Dated and Done this 10th day of _____May_____, 2011.

11    IT IS SO ORDERED.

12

13    _____
     U.S. DISTRICT COURT JUDGE

14    Submitted by:

15    CHRISTENSEN JAMES & MARTIN

16

17    By:  /s/ Sara D. Cope
         Sara D. Cope, Esq.
18       Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27    _____

[1] Less the successful negotiation of a $33,750.00 check paid by the Defendant American
28    Contractors Indemnity Company to the Plaintiffs on April 28, 2011.

-2-